# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-0096-JLS |
|---|---|
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |
| RANDAL JASON NEWELL, | |
| Defendant | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information shall be dismissed against Randal Jason Newell without prejudice.

IT IS FURTHER ORDERED that the bond is exonerated.

IT IS SO ORDERED.

Dated: March 31, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge